# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Darryl Griffin | )<br>)<br>)<br>) Case No:  4:98-CR-9-4H<br>) USM No:  17669-056 |

Date of Original Judgment:                   February 22, 1999   )
Date of Previous Amended Judgment: _____ )    Jeremy B. Gordon
*(Use Date of Last Amended Judgment if Any)*                              *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  292  months **is reduced to**  235 months in Count 1.

Count 4 remains 120 months, concurrent, resulting in a total sentence of 235 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 22, 1999,
shall remain in effect. **IT IS SO ORDERED.**

Order Date:          9/17/15                          _____
                                                                          *Judge's signature*

Effective Date:     November 1, 2015              Malcolm J. Howard, Senior U.S. District Judge
                   *(if different from order date)*                              *Printed name and title*

EDNC Rev. 11/8/2011