UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Darryl Griffin                                        Docket No. 4:98-CR-9-4H

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Darryl Griffin, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine, Cocaine Base (Crack), and Marijuana, in violation of 21 U.S.C. § 846, and Possession of an Unregistered Sawed-Off Shotgun, in violation of 26 U.S.C. §§ 5861(d) and 5871, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge on February 22, 1999, to the custody of the Bureau of Prisons for a term of 292 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On September 17, 2015, the court reduced his custodial sentence to 235 months based on a motion for reduction filed by the defendant.

Darryl Griffin was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Griffin is currently residing in the District of Maryland and has expressed a need for mental health counseling to assist his adjustment back into the community. His supervising U.S. Probation Officer agrees that it would be beneficial and requests the court modify his conditions of supervision to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing
                                           is true and correct.


/s/Jeffrey L. Keller                       /s/Erica W. Foy
Jeffrey L. Keller                          Erica W. Foy
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                           Raleigh, NC 27601-1441
                                           Phone: 919-861-8665
                                           Executed On: November 16, 2015

Darryl Griffin
Docket No. 4:98-CR-9-4H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 17th day of November 2015 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge